**Alberto ANGUIANO, Plaintiff–Appellant**

v.

**DALLAS COUNTY JAIL UNDER SHERIFF; Jail Staff; Doug Lande; Sandy, Lt.; Renshaw–Roll, Sgt.; Toller, Lt., Defendants–Appellees.**

No. 14–3049.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 6, 2015.

Filed: Jan. 28, 2015.

Alberto Anguiano, Phoenix, AZ, pro se.

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Inmate Alberto Anguiano appeals the district court's[1] preservice dismissal of his civil action in which he requested that criminal charges be brought against the named defendants for opening his legal mail. Following careful review of the record and Anguiano's brief, we conclude that the court did not err in dismissing the case, because Anguiano lacked standing to seek criminal charges against defendants.

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

*See Linda R.S. v. Richard D.*, 410 U.S. 614, 619, 93 S.Ct. 1146, 35 L.Ed.2d 536 (1973); *Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo review). Accordingly, we affirm, and we also deny the pending motions. *See* 8th Cir. R. 47B.